IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gwendolyn Mines,<br><br>       Plaintiff,<br><br>vs.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>       Defendants. | No. CV 05-1137-PHX-EHC (ECV)<br><br>**ORDER** |

Plaintiff has filed a document that appears to be a response to the screening order and a motion to amend. Doc. #17. Plaintiff states that she seeks to amend her complaint to include the names of the offending Phoenix police officers. Because an answer has been filed in this action, Plaintiff must seek permission from the court to amend her complaint. Fed. R. Civ. P. 15(a). In addition, Rule 15(a)(2) of the Local Rules of Civil Procedure requires the party seeking an amendment to "lodge with the Clerk of Court an original of the proposed amended pleading."

An amended complaint supersedes its original complaint. Hal Roach Studios v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987). Causes of action alleged in an original complaint which are not alleged in an amended complaint are waived. King v. Atiyeh, 814 F.2d at 567.

Here, Plaintiff has not lodged a proposed amended complaint. Accordingly, her motion to amend will be denied without prejudice. If Plaintiff wishes to amend her

1 complaint, she must file a motion for leave to amend and lodge with the Clerk of Court a
2 proposed amended complaint. If the Court then grants the motion, the newly filed amended
3 complaint will replace the previously filed amended complaint. Because Plaintiff previously
4 filed a Second Amended Complaint (Doc. #7), any proposed amended complaint should be
5 labeled "Third Amended Complaint."

6 Lastly, Plaintiff is directed to file separate documents for each of her two pending
7 cases (CV 05-1137-PHX-EHC (ECV) and CV 05-1138-PHX-EHC (ECV)). Plaintiff shall
8 not file one document with both case numbers on it. Failure to comply with this order will
9 result in the document being stricken.

10 **IT IS THEREFORE ORDERED:**

11 That Plaintiff's motion to amend (Doc. #17) is **denied without prejudice**.

12 DATED this 2nd day of February, 2006.

Edward C. Voss
United States Magistrate Judge